UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MCKAY,

    Plaintiff,

v.                                                                  Case No. 10-cv-11801
                                                                  Paul D. Borman
                                                                   United States District Judge

DR. (RAMESH) KILARU, et al.,            Mark A. Randon
                                                                    United States Magistrate Judge

    Defendants.
_____/

**ORDER (1) DENYING AS MOOT DEFENDANTS' MOTION TO ADJOURN EXPERT REPORT SCHEDULING ORDER DEADLINES PURSUANT TO FED. R. CIV. P. 16(b)(4) (Dkt. No. 62), and (2) DENYING AS MOOT DEFENDANT DR. KILARU'S MOTION TO STRIKE PLAINTIFF'S SUR-REPLY (Dkt. No. 63)**

On March 30, 2012, the Court entered an Opinion and Order (1) Adopting the Magistrate Judge's Report and Recommendation, (2) Granting Defendants' Motions for Summary Judgment, (3) Denying as Moot Defendant's Motion to Dismiss, and (4) Dismissing Without Prejudice Unserved John and Jane Doe Defendants.

Accordingly, because the Court has granted Defendants' dispositive motions and dismissed all of Plaintiff's claims against them, Defendants' Motion to Adjourn Expert Report Scheduling Order Deadlines, filed on July 6, 2011, is now moot. Defendant Dr. Kilaru's Motion to Strike Plaintiff's Sur-Reply, filed on July 7, 2011, is likewise moot.

For the reasons stated above, the Court will:

(1) **DENY AS MOOT** Defendants' Motion to Adjourn Expert Report Scheduling Order Deadlines, and

1

     (2) **DENY AS MOOT** Defendant Dr. Kilaru's Motion to Strike Plaintiff's Sur-Reply.

**SO ORDERED.**

Dated:  March 30, 2012                  S/Paul D. Borman
                                            PAUL D. BORMAN
                                            UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to Christopher McKay, 214086, Central Michigan Correctional Facility, 320 N. Hubbard, St. Louis, MI 48880 and the attorneys of record on this date, March 30, 2012, by electronic and/or ordinary mail.

                                            S/Julie Owens
                                            Case Manager