UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTOPHER MCKAY,

                              Case No.      10-11801

        Plaintiff,

                              HONORABLE PAUL D. BORMAN

v.

RAMESH KILARU, M.D.,
SCOTT L. HOLMES, M.D.,
VERNON STEVENSON, M.D., and
BEVERLY J. SAINZ, P.A.,

        Defendants.
_____/

## JUDGMENT

      For the reasons stated in the Opinion and Order entered on March 30, 2012, judgment is entered in favor of defendants and against plaintiff and the case is DISMISSED.

                                                  DAVID WEAVER

Dated: March 30, 2012        By: s/Julie Owens
                                     Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to Christopher McKay, 214086, Central Michigan Correctional Facility, 320 N. Hubbard, St. Louis, MI 48880 and the attorneys of record on this date, March 30, 2012, by electronic and/or ordinary mail.

                                                  S/Julie Owens
                                                  Case Manager